# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRIC COURT / SOUTHERN DISTRICT OF NEW YORK

Index No. 08CV4755

**IORI OKURA,**

                **Plaintiff,**

    -against-

**MICHAEL POOLIN, ET ANO,**

                **Defendants.**

State Of New York, County of New York SS:
 **JOLANTYNA CAGNEY**
Being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides in New York.

That on the 28TH day of **MAY 2008**, At: **12:50 PM**

At: **6 EAST 45TH STREET, SUITE 201, NEW YORK, NEW YORK 10017**

Deponent served the Annexed: **SUMMONS AND COMPLAINT**

Upon: **MICHAEL POOLIN**

### PERSONAL SERVICE ON AN INDIVIDUAL
An individual, by delivering thereat a true copy to **MICHAEL POOLIN** personally; deponent asked the person spoken to if he was the named defendant, and he replied in the affirmative. Upon this information and belief, deponent knew that the person spoken to was the named defendant: **MICHAEL POOLIN**

### DESCRIPTION - Deponent describes the individual served or spoken to as follows:
 Sex: **MALE** Color: **WHITE** Hair: **BROWN/BALDING** App. Age: **50** App. Ht: **5'5"** App. Wt.**150**
Other identifying features: **GLASSES**

Sworn to before me this 28TH
day of **MAY 2008**

JOLANTYNA CAGNEY 116-9105

MICHAEL PEREZ
Notary Public, State of New York
No. 01PE6065326
Qualified in Queens County
Commission Expires Oct. 15, 2010