# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT / SOUTHERN DISTRICT OF NEW YORK
_____  *Index No. 08CV4755*

*IORI OKURA,*
                *Plaintiff,*

-*against*-

*MICHAEL POOLIN, ET ANO,*
                *Defendants.*

_____

State Of New York, County of New York SS.:
  **JOLANTYNA CAGNEY**
Being duly sworn, deposes and says that she is over the age of 18 years, is not a party to this action and resides in New York.

That on the 28TH day of **MAY 2008**, At: **12:50 PM**

At: **6 EAST 45TH STREET, SUITE 201, NEW YORK, NEW YORK 10017**

Deponent served the Annexed: **SUMMONS AND COMPLAINT**

Upon: **EDUCATIONAL LINK, INC.**

    **PERSONAL SERVICE ON A CORPORATION**
    A corporation, by delivering thereat a true copy to **MICHAEL POOLIN** personally;
    deponent knew the said individual to be *Authorized To Accept Service* thereof.

    **DESCRIPTION** - Deponent describes the individual served or spoken to as follows:
    Sex: **MALE** Color: **WHITE** Hair: **BROWN/BALDING** App. Age: **50** App. Ht: **5'5"** App. Wt.**150**
    Other identifying features: **GLASSES**

Sworn to before me this 28TH
day of **MAY 2008**

JOLANTYNA CAGNEY 116-9105

MICHAEL PEREZ
Notary Public, State of New York
No. 01PE6065326
Qualified in Queens County
Commission Expires Oct. 15, 2010