```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

IORI OKURA,

        Plaintiff,

        v.

MICHAEL POOLIN and
EDUCATION LINK, INC.,

        Defendants.
-------------------------------------------------------- X

08-cv-4755 (LAP)(AJP)

**STIPULATION AND ORDER**

    IT IS HEREBY STIPULATED AND AGREED that the time of defendants to answer or move in response to the Complaint is adjourned to July 1, 2008.

Dated: June 16, 2008
       New York, New York

Plaintiff, IORI OKURA,
*By her attorneys*

_____
James Yu, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018-1405
Telephone: 212-218-5500
Facsimile: 212-218-5526

Defendants, MICHAEL POOLIN and
EDUCATION LINK, INC.,
*By their attorneys*

_____
David Rabinowitz, Esq. (DR-5205)
Moses & Singer LLP
The Chrysler Building,
405 Lexington Avenue
New York, New York 10174-1299
Telephone: 212-554-7800
Facsimile: 212-554-7700
drabinowitz@mosessinger.com

SO ORDERED:

_____
Loretta A. Preska,
United States District Judge

June 17, 2008

697993v1 010385.0103