# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

David Rabinowitz
Direct Dial: 212.554.7815
Facsimile: 212.554.7800
drabinowitz@mosessinger.com

June 30, 2008

**VIA FACSIMILE – (212) 805-7941**

Honorable Loretta A. Preska
United States District Judge
United States Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

Re: **Okura v. Poolin and Education Link, Inc., 08-cv-4755 (LAP)(AJP)**

Dear Judge Preska:

    We are counsel to defendants, Michael Poolin and Education Link, Inc. We respectfully request that the Court so-order a second two-week extension of defendants' time, to July 15, 2008, to answer or move in response to the Complaint. Plaintiff has agreed to this request. Attached is the parties' stipulation to that effect.

    On the original due date, June 17, 2008, your Honor so-ordered defendants' first request for a two-week extension of time, to July 1, 2008. This second request will not alter any other scheduled dates.

So ordered
*Loretta A. Preska*
USDJ
July 1, 2008

Respectfully,

*David Rabinowitz*

David Rabinowitz

cc: James S. Yu, Esq. (*via facsimile* 212-218-5526)
     Seyfarth Shaw LLP
     Attorneys for Plaintiff

701140v1 010385.0103