```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

IORI OKURA,

        Plaintiff,

        v.

MICHAEL POOLIN and
EDUCATION LINK, INC.,

        Defendants.
-------------------------------------------------------- X

08-cv-4755 (LAP)(AJP)

STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED that the time of defendants to answer or move in response to the Complaint is adjourned to July 29, 2008.

Dated: July 14, 2008
New York, New York

Plaintiff, IORI OKURA,
By her attorneys

_____
James Yu, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018-1405
Telephone: 212-218-5500
Facsimile: 212-218-5526
jyu@seyfarth.com

Defendants, MICHAEL POOLIN and
EDUCATION LINK, INC.,
By their attorneys

_____
David Rabinowitz, Esq. (DR-5205)
Jordan Greenberger, Esq. (JG-0316)
Moses & Singer LLP
The Chrysler Building,
405 Lexington Avenue
New York, New York 10174-1299
Telephone: 212-554-7800
Facsimile: 212-554-7700
drabinowitz@mosessinger.com
jgreenberger@mosessinger.com

SO ORDERED:

_____
Loretta A. Preska,
United States District Judge

July 17, 2008

703264v1 009385.0103