```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IORI OKURA,

                Plaintiff,

- against -

MICHAEL POOLIN; and
EDUCATION LINK, INC.

                Defendants.

-------------------------------------------------------------X

**STIPULATION AND ORDER**

08-CV-4755 (LAP)(AJP)

      IT IS HEREBY STIPULATED AND AGREED that the time of defendants to answer or move in response to the Complaint is adjourned to August 26, 2008.

Dated:   New York, New York
          July 28, 2008

Plaintiff, IORI OKURA
*by her attorneys*

By: _____
    James S. Yu, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018-1405
Telephone: 212-218-5500
Facsimile: 212-218-5526
jyu@seyfarth.com

DEFENDANTS, MICHAEL POOLIN and
EDUCATION LINK, INC.,
*By their attorneys*

By: _____
    David Rabinowitz, Esq. (DR-5205)
    Jordan Greenberger, Esq. (JG-0316)
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Telephone: 212-554-7800
Facsimile: 212-554-7700
drabinowitz@mosessinger.com
jgreenberger@mosessinger.com

SO ORDERED:

_____
Loretta A. Preska,
United States District Judge

NY1 26523053.1

August 4, 2008