08/20/2008 16:45 FAX ⌀002
08/20/2008 15:51 FAX 212 2185526          SEYFARTH SHAW LLP          ⌀005

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

IORI OKURA,

        Plaintiff,

  - against -

MICHAEL POOLIN; and
EDUCATION LINK, INC.

        Defendants.

----------------------------------------x

**STIPULATION AND ORDER**

08-CV-4755 (LAP)(AJP)

IT IS HEREBY STIPULATED AND AGREED that the time of defendants to answer or move in response to the Complaint is adjourned to September 26, 2008.

Dated: New York, New York
       August 20, 2008

Plaintiff, IORI OKURA
*by her attorneys*

By: _____
    James S. Yu, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018-1405
Telephone: 212-218-5500
Facsimile: 212-218-5526
jyu@seyfarth.com

DEFENDANTS, MICHAEL POOLIN and
EDUCATION LINK, INC.,
*By their attorneys*

By: _____
    David Rabinowitz, Esq. (DR-5205)
    Jordan Greenberger, Esq. (JG-0316)
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
Telephone: 212-554-7800
Facsmile: 212-554-7700
drabinowitz@mosessinger.com
jgreenberger@mosessinger.com

SO ORDERED:

_____
Loretta A. Preska,
United States District Judge

NY1 26523053.2

August 26, 2008