UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Ron Okura,                          :
                                    :
                 Plaintiff(s),      :    08CV4755 (LAP)
                                    :
     -against-                      :    ORDER
                                    :
Michael Poslin, et al.,             :
                                    :
                 Defendant(s).      :
                                    :
------------------------------------x

LORETTA A. PRESKA, Chief United States District Judge:

    Counsel shall confer and inform Judge Preska by letter no later than March 12, 2012 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____
LORETTA A. PRESKA, Chief U.S.D.J.

Dated: February 23, 2012
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/12