```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X

IORI OKURA,

                Plaintiff,

    v.

MICHAEL POOLIN and
EDUCATION LINK, INC.,

                Defendants.
--------------------------------------------------------- X

08-cv-4755 (LAP)(AJP)

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that this action is dismissed with prejudice and without costs.

Dated: December 31, 2010
       New York, New York

Plaintiff, IORI OKURA,
*By her attorneys*

_____
James Yu, Esq.
Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York 10018-1405
Telephone: 212-218-5500
Facsimile: 212-218-5526
jyu@seyfarth.com

Defendants, MICHAEL POOLIN and EDUCATION LINK, INC.,
*By their attorneys*

_____
David Rabinowitz, Esq. (DR-5205)
Moses & Singer LLP
The Chrysler Building,
405 Lexington Avenue
New York, New York 10174-1299
Telephone: 212-554-7800
Facsimile: 212-554-7700
drabinowitz@mosessinger.com

*The Clerk of the Court shall mark this action closed and all pending motions denied as moot.*

SO ORDERED:

_Loretta A. Preska_
Loretta A. Preska,
United States District Judge

March 19, 2012

DATE: _____

818843 010385.0103